UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION


FILED
DEC 18 2007
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| RANCHERS CATTLEMEN ACTION LEGAL FUND; UNITED STOCKGROWERS OF AMERICA; HERMAN R. SCHUMACHER; ROBERT P. MACK; ERNIE J. MERTZ; WAYNE J. NELSON; SOUTH DAKOTA STOCKGROWERS ASSOCIATION; CENTER FOR FOOD SAFETY; CONSUMER FEDERATION OF AMERICA; CREUTZFELDT-JAKOB DISEASE FOUNDATION, INC.; FOOD & WATER WATCH; and PUBLIC CITIZEN, | CIV 07-1023 |
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES DEPARTMENT OF AGRICULTURE; ANIMAL AND PLANT HEALTH INSPECTION SERVICE; CHARLES F. CONNER, in his capacity as the Acting Secretary of Agriculture, | |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is an Unopposed Motion for Leave to File *Amicus Curiae* Brief of Pioneer, Inc. in Opposition to Plaintiffs' Motion for a Preliminary Injunction, Doc. 68. Good cause appearing,

IT IS ORDERED:

1. That the Unopposed Motion for Leave to File *Amicus Curiae* Brief of Pioneer, Inc. in Opposition to Plaintiffs' Motion for a Preliminary Injunction, Doc. 68, is granted and Pioneer, Inc. May file the original of its *Amicus Curiae* Brief with the Clerk of Courts.

Dated this 18th day of December, 2007.

BY THE COURT:

/s/ Lawrence L. Piersol
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: /s/ Shelly Margulies
DEPUTY