UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

FILED

FEB 2 0 2008



CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| RANCHERS CATTLEMEN ACTION LEGAL FUND; UNITED STOCKGROWERS OF AMERICA; HERMAN R. SCHUMACHER; ROBERT P. MACK; ERNIE J. MERTZ; WAYNE J. NELSON; SOUTH DAKOTA STOCKGROWERS ASSOCIATION; CENTER FOR FOOD SAFETY; CONSUMER FEDERATION OF AMERICA; CREUTZFELDT-JAKOB DISEASE FOUNDATION, INC.; FOOD & WATER WATCH; and PUBLIC CITIZEN, | \* | CIV 07-1023 |
|  | \* |  |
| Plaintiffs, | \* |  |
|  | \* |  |
| vs. | \* |  |
|  | \* |  |
| UNITED STATES DEPARTMENT OF AGRICULTURE; ANIMAL AND PLANT HEALTH INSPECTION SERVICE; CHARLES F. CONNER, in his capacity as the Acting Secretary of Agriculture, | \* | ORDER |
|  | \* |  |
| Defendants. | \* |  |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A hearing was held on Plaintiffs' Motion for Preliminary Injunction on Tuesday, February 19, 2008. Plaintiffs' contended the Defendants never issued a notice of proposed rulemaking, nor did they seek public comments, on the action taken in the final OTM Rule that allows imports of beef from Canadian cattle over 30 months of age at the time of slaughter. Plaintiffs also argued that Defendants failed to present for public comment an assessment of the human health risks associated with eating beef derived from Canadian cattle 30 months of age or older. Defendants asserted that the OTM beef provision had already been subject to a thorough notice and comment opportunity

when the January 2005 Minimal-Risk Region Rule ("MMR Rule") was promulgated. The Court requested further briefing on this issue, including legal authority regarding the alternatives available to the Court in the event the Court finds that Defendants violated the Administrative Procedure Act.

The Court also asked the parties to supply the Court with a copy of the GAO report referred to in the pleadings.

Finally, the Court ruled that *amici curiae* may file comments on the matters raised at the hearing, but *amici curiae* must confer and not file duplicate comments. Accordingly,

IT IS ORDERED:

1.   That Plaintiffs and Defendants shall provide the Court with a copy of the GAO report referred to in the record on or before Thursday, February 28, 2008.

2.   That Plaintiffs' supplemental brief shall be filed on or before Thursday, February 28, 2008. Defendants shall file their supplemental brief on or before Friday, March 7, 2008.

3.   That *amici curiae* may file comments on the matters raised at the February 19 hearing on or before Friday, February 29, 2008, and the parties may file responses to *amici curiae* comments on or before Friday, March 7, 2008.

Dated this 20th day of February, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _Shelly Margaret_
DEPUTY

2